679 A.2d 1261

**Ronald B. EMERICH, Administrator of the Estate of Teresa M. Hausler**

v.

**PHILADELPHIA CENTER FOR HUMAN DEVELOPMENT, INC. and Albert Einstein Medical Center.**

**Robert B. EMERICH, Administrator of the Estate of Teresa M. Hausler**

v.

**PHILADELPHIA CENTER FOR HUMAN DEVELOPMENT, INC., Albert Einstein Healthcare Foundation, Albert Einstein Medical Center, Harvey Friedrich, ACSW, Anthony J. Scuderi, M.Div., CAC and Hacan Ulus, Administratrix of the Estate of Ahmet Ulus, M.D.**

Supreme Court of Pennsylvania.

July 23, 1996.

David W. Fischer, Philadelphia, for Petitioner.

AND NOW, this 23rd day of July, 1996, the Petition for Allowance of Appeal is GRANTED limited to whether a mental health professional has a duty to warn a third party of a patient's threats to harm the third party and the scope of any such duty and whether a judgment on the pleadings was proper.